FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0469

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0469

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHESTER BAUER,

    Defendant and Appellant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND AFFIDAVIT IN SUPPORT

Upon consideration of Unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including November 15, 2021, within which to prepare, file, and serve Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2021